BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2-11-CR-450-GEB |
| v. | APPLICATION AND ORDER FOR UNSEALING INDICTMENT |
| OLGA PALAMARCHUCK, et al., | |
| Defendants. | |

On October 20, 2011, the indictment was filed in the above-referenced case.  Since some of the defendants have now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: October 25, 2011  
    BENJAMIN B. WAGNER  
    United States Attorney

    By: /s/ Dominique N. Thomas  
    DOMINIQUE N. THOMAS  
    Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: October 25, 2011

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE