MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Peter Kuzmenko

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLGA PALAMARCHUCK, et al.,<br><br>Defendants. | Case No.: 2:11 CR 450 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant PETER KUZMENKO, by and through his attorney, Michael Chastaine, OLGA PALAMARCHUCK, by and through her attorney Michael Bigalow, PYOTR BONDARUK, by and through his attorney, Dina Santos, VERA ZHIRY, by and through her attorney, Matt Bockman, the United States, by and through Assistant United States Attorney R. Steven Lapham, hereby stipulate and agree to continue the status hearing in the above-captioned case from Friday, April 13, 2012 at 9:00 a.m. to Friday, July 6, 2012 at 9:00 a.m. This is a mortgage fraud case. The continuance is requested to allow counsel for the defense to continue to review the large volume of discovery and for the defense and government time to evaluate and consider settlement offers. If is further stipulated that the period referred to above is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and Local Rule T4, to allow continuity of counsel and to allow reasonable time necessary for effective

defense preparation.. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 12, 2012                    The CHASTAINE LAW OFFICE

                                         By: ____/s/ Michael Chastaine____
                                              MICHAEL CHASTAINE
                                              Attorney for Peter Kuzmenko

Dated: April 12, 2012                    by ____/s/ Michael Bigalow_____
                                              MICHAEL BIGALOW
                                              Attorney for Olga Palamarchuck

Dated: April 12, 2012                    by ____/s/ Dina Santos_____
                                              DINA SANTOS
                                              Attorney for Pyotr Bondaruk

Dated: April 12, 2012                    OFFICE OF THE FEDERAL DEFENDER

                                         By: ____/s/ Matt Bockman
                                              MATT BOCKMAN
                                              Attorney for Very Zhiry


Dated: April 12, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: ____/s/ R. Steven Lapham
                                              R. STEVEN LAPHAM
                                              Assistant U.S. Attorney



## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 13, 2012 at 9:00 a.m. be continued to Friday, July 6, 2012 at 9:00 a.m. and that the period from April 13, 2012 to July 6, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

**Date: 4/12/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge