1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VERA ZHIRY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   CASE NO. CR. S-11-450 TLN
                                        )
12              Plaintiff,              )   **STIPULATION AND ORDER TO CONTINUE**
                                        )   **STATUS CONFERENCE AND TO EXCLUDE**
13       v.                             )   **TIME PURSUANT TO THE SPEEDY TRIAL**
                                        )   **ACT**
14                                      )
    OLGA PALAMARCHUK, et al.,           )   Date:  May 9, 2013
15                                      )   Time:  9:30 a.m.
                Defendants.             )   Judge: Troy L. Nunley
16  _____ )

17       Defendant PETER KUZMENKO, by and through his attorney, Michael Chastaine, OLGA

18  PALAMARCHUCK, by and through her attorney Michael Bigelow, PYOTR BONDARUK, by and through

19  his attorney, Dina Santos, VERA ZHIRY, by and through her attorney, Matthew C. Bockmon, the United

20  States, by and through Assistant United States Attorney R. Steven Lapham, hereby stipulate and agree to

21  continue the status hearing in the above-captioned case from Friday, April 19, 2013 at 9:00 a.m. to Thursday,

22  May 9, 2013 at 9:30 a.m.

23       The reason for this continuance is because this case has been reassigned to Judge Troy L. Nunley

24  pursuant to the Court's order (Doc. 51).

25       It is further stipulated that the time period from April 16, 2013, through and including the date of the

26  new status conference hearing, May 9, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C.

27  §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable

28  time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests

1  of the public and the defendant in a speedy trial.

2  Dated:  April 16, 2013

3                                                    Respectfully submitted,

4                                                    JOSEPH SCHLESINGER
                                                     Acting Federal Defender

5                                                    */s/ Matthew C. Bockmon*
6                                                    MATTHEW C. BOCKMON
                                                     Assistant Federal Defender
7                                                    Attorney for Defendant
                                                     VERA ZHIRY

8  Dated: April 16, 2013                             */s/ Matthew C. Bockmon for*
9                                                    MICHAEL BIGELOW
                                                     Attorney for Defendant
10                                                   OLGA PALAMARCHUK

11 Dated: April 16, 2013                             */s/ Matthew C. Bockmon for*
12                                                   DINA SANTOS
                                                     Attorney for Defendant
                                                     PYOTR BONDARUK
13
   Dated: April 16, 2013                             */s/ Matthew C. Bockmon for*
14                                                   MICHAEL CHASTAINE
                                                     Attorney for Defendant
15                                                   PETER KUZMENKO

16
   Dated:  April 16, 2013                            BENJAMIN B. WAGNER
17                                                   United States Attorney

18                                                   */s/ Matthew C. Bockmon for*
                                                     R. STEVEN LAPHAM
19                                                   Assistant U.S. Attorney
                                                     Attorney for Plaintiff

20

21

22

23

24

25

26

27

28
                              2                *United States v. Palamarchuk*, 11-450  TLN

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 18, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, April 19, 2013, be vacated and that the case be set for **Thursday, May 9, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 18, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from April 16, 2013, through and including May 9, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April18, 2013

Troy L. Nunley
United States District Judge

*United States v. Palamarchuk*, 11-450 TLN